**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

DANNY E. ARVIDSON,

               **Plaintiff,**

            v.                                                  Civil No. 08-478-AA

DJO, LLC, a Delaware
corporation; DJO, INC., f/k/a
DJ ORTHOPEDICS, INC., a
Delaware corporation; I-FLOW INC.,
a Delaware corporation,

               **Defendants.**

**JUDGMENT**

    Judgment is entered in favor of defendants and against plaintiff.  This action is dismissed.

The court finds no just reason to delay entry of judgment for defendants.

    Dated: October 21, 2010.

/s/ ANN AIKEN
**United States District Judge**

**JUDGMENT**                                                **DOCUMENT NO:** _____